JS-6/REMAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7955-GW(JCx) | Date | October 1, 2012 |
|---|---|---|---|
| Title | *John T. Taylor, et al. v. DePuy Orthopaedics, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS:) REMAND ORDER**

Pursuant to the Honorable Percy Anderson, District Judge's minute order filed on September 18, 2012 and Plaintiffs' Refusal to Waive Removal Defect filed September 24, 2012, the Court hereby **REMANDS** this action to the Los Angeles County Superior Court, Case No. BC488162.

:

Initials of Preparer   KTI